# Exhibit A

Subject: **Customer Receipt**
Date: 7/24/2020 11:23:42 AM Eastern Standard Time
From: admin@acknowledgedebtresolutions.com
To: [redacted]

Your card has been charged by ADR Billing llc. Below is your receipt of payment.

Transaction Details
-----------------------
Date:            07/24/20 08:23:30
Merchant:   ADR Billing llc
Type:          Credit Card Sale
Invoice #:
Amount:      75.00
Description:
Card Holder: JASON MATTHEWS
Card Number: [redacted]

v8.1-ue-vt-c