AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jason Matthews,
Plaintiff,

v.

ADR Billing LLC, EPPSSA LLC, DRS Processing LLC, Knox Brothers Homes LLC, Darron Ray Taylor, Ebony Terrell Minter, Bernard N. Wescott, Darryl Tyrone Miller, and Chereka Lynette Tinsley, Defendants.

Case No.   1:20-cv-733
Hon.   Janet T. Neff
TO: Darron Ray Taylor
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
Attorney at Law
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938

CLERK OF COURT



By: Deputy Clerk     8/5/2020
                     Date

## PROOF OF SERVICE

This summons for _____Darron Ray Taylor_____ was received by me on __8/5/2020__.
(name of individual and title, if any)                                       (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☒ I served the summons on __GREGORY R. NEIDLE ESQ.__, who is designated by law to accept service
                           (name of individual)
of process on behalf of __DARRON RAY TAYLOR__ on __8/10/2020__.
                        (name of organization)              (date)

☐ I returned the summons unexecuted because _____
☒ Other (specify): __CERT. MAIL  7016 3010 0000 4051 3599__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __9/13/2020__

__PRC__ (P34356)
Server's signature

PHILLIP C. ROGERS, ATTORNEY FOR PLAINTIFF
Server's printed name and title

6140 28TH ST SE #115
GRAND RAPIDS, MI 49546
Server's address

Additional information regarding attempted service, etc.: