UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MATTHEWS,

                Plaintiff,

v.

ADR BILLING LLC, et al.,

                Defendants.

_____/

Case No. 1:20-cv-733

HON. JANET T. NEFF

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, plaintiff Jason

Matthews and defendants ADR Billing LLC and Darron Ray Taylor, being all of the parties

appearing in this action, hereby stipulate to the immediate dismissal of this action, with

prejudice, and without costs and attorney's fees to any party.

Dated: November 12, 2020

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546
(616) 776-1176
ConsumerLawyer@aol.com

Dated: November 12, 2020

/s/ Gregory R. Neidle
Gregory R. Neidle (P59273)
Dobbs & Neidle, PC
Attorney for Defendants ADR Billing LLC
and Darron Ray Taylor
30150 Telegraph Road, Suite 410
Bingham Farms, Michigan 48025
(248) 723-9511
gneidle@dobbsneidle.com